UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:23-cv-00776-JA-LHP

TAVIA WAGNER,

    Plaintiff,

vs.

VERSAILLES II, INC., and
BIG BRUNOS BITES, LLC,
d/b/a PIZZA BRUNO,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely as to Defendants, VERSAILLES II, INC., and BIG BRUNOS BITES, LLC, d/b/a PIZZA BRUNO. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 27th day of July 2023.

  By: /s/Joe M. Quick, Esq.
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Law Office of Joe Quick, P.A.
     *Counsel for Plaintiff*
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of July 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
  Joe M. Quick, Esq.
  Florida Bar No.: 0883794
  Attorney for Plaintiff
  Law Office of Joe Quick, P.A.
  1224 S. Peninsula Drive #619
  Daytona Beach, Florida 32118
  Tel: (386) 212-3591
  E-mail: JMQuickesq@gmail.com