## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

      Plaintiff,

v.

                                         Case No. 6:23-cv-776-JA-LHP

VERSAILLES II, INC. and BIG
BRUNOS BITES, LLC,

      Defendants.

_____

## ORDER

The Court has been advised by the Plaintiff that the above-styled action has been settled.  (Notice of Settlement, Doc. 12).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 2 8, 2023.

                                                    JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record